IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ERIE INSURANCE EXCHANGE**<br>100 Erie Insurance Place<br>Erie, PA 16530<br><br>**Plaintiff**<br>v.<br><br>**UNITED STATES**<br>**Defendant** | **CIVIL ACTION NO.:**<br><br><br>**JURY DEMANDED** |

## DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Plaintiff Erie Insurance Exchange, by and through its undersigned counsel, hereby makes the following disclosure statement pursuant to Federal Rule of Civil Procedure 7.1:

1. Is the party a non-governmental corporate party?

    \_\_\_ YES                    X NO

Erie Insurance Exchange is not a corporation rather it is an exchange organized under Title 40 of the statutes of the Commonwealth of Pennsylvania which governs reciprocal and inter-insurance exchanges.

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation.

3. If the answer to Number 1 is "yes," list below any publically-held corporation that owns 10% or more of the party's stock or state that there is no such corporation.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it will promptly file a supplemental statement upon any change in the information that this statement requires.

                              **de LUCA LEVINE LLC**

                         **BY:** *Erica Camodeca*
                              **ERICA CAMODECA, ESQ.**
                              PA ID: 328726
                              de Luca Levine LLC
                              301 E. Germantown Pike, 3rd Floor
                              East Norriton, PA 19401
                              (215) 383-0081
                              **ATTORNEYS FOR PLAINTIFF**

**Dated:** January 15, 2024